## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| JOHN A. HAYDEN,<br>        Plaintiff,<br><br>vs.<br><br>MERCHANTS & MEDICAL<br>CREDIT CORP.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC; and EQUIFAX<br>INFORMATION SOLUTIONS, INC.;<br>        Defendants. | CASE NO. 3:17-cv-00371-DJH-DW<br>**ELECTRONICALLY FILED**<br><br>Judge David J. Hale<br>Magistrate Judge Dave Whalin |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff, John Hayden, and Defendant, Trans Union, LLC ("Trans Union") only. Accordingly, unless directed to do so by the Court, Trans Union does not intend to participate in the Rule 16 Scheduling Conference currently scheduled for September 22, 2017 at 10:30 a.m. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Date:  September 21, 2017          Respectfully submitted,

                                                 *s/ William R. Brown*
                                                 William R. Brown, Esq. (IN #26782-48)
                                                 Schuckit & Associates, P.C.
                                                 4545 Northwestern Drive
                                                 Zionsville, IN  46077
                                                 Telephone:  317-363-2400
                                                 Fax:  317-363-2257
                                                 E-Mail:  wbrown@schuckitlaw.com

                                                 *Counsel for Defendant Trans Union, LLC*

*/s/David W. Hemminger (with consent)*
David W. Hemminger
Hemminger Law Office, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
502-443-1060
Fax: 502-589-3004
Email: hemmingerlawoffice@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of September, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | Sam B. Carl, Esq. sambcarl@gmail.com |
|---|---|
| Margaret Jane Brannon, Esq. mjbrannon@jacksonkelly.com | Stephen J. Miller, Esq. sjmiller@jonesday.com |
| Charity A. Olson, Esq. colson@olsonlawpc.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of September, 2017**, properly addressed as follows:

| None. | |
|---|---|

 *s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*