UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN A. HAYDEN, Plaintiff,

v. Civil Action No. 3:17-cv-371-DJH-DW

MERCHANTS & MEDICAL CREDIT
CORP., et al., Defendants.

\* \* \* \* \*

### ORDER

Plaintiff John A. Hayden and Defendant Experian Information Solutions, Inc. have agreed to a dismissal with prejudice as to Hayden's claims against Experian. (Docket No. 28; D.N. 29) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Hayden's claims against Experian Information Solutions, Inc. are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in the record of this matter.

January 18, 2018

**David J. Hale, Judge**
**United States District Court**

1