UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN A. HAYDEN,                                                                                  Plaintiff,

v.                                                                    Civil Action No. 3:17-cv-371-DJH-DW

MERCHANTS & MEDICAL CREDIT
CORP., et al.,                                                                                Defendants.

\* \* \* \* \*

## ORDER

Plaintiff John Hayden having filed a notice of voluntary dismissal with prejudice as to his claims against Defendant Equifax Information Services, LLC (Docket No. 32), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Hayden's claims against Equifax are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC, as a defendant in the record of this matter.

This Order does not affect Hayden's claims against the remaining defendant.

January 25, 2018

**David J. Hale, Judge**
**United States District Court**

1