UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN A. HAYDEN, Plaintiff,

v.   Civil Action No. 3:17-cv-371-DJH-DW

MERCHANTS & MEDICAL CREDIT
CORP., Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 41), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

June 22, 2018

**David J. Hale, Judge
United States District Court**

1